UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| BARBARA BERRY, S.A. de C.V.,<br><br>Plaintiff,<br><br>v.<br><br>KEN M. SPOONER FARMS, INC.,<br><br>Defendant. | Case No. C05-5538FDB<br><br>ORDER CONTINUING TRIAL AND PRETRIAL DATES |

Defendant moved for a continuance of the trial and related pretrial dates owing to the quantity of discovery to be reviewed, and the parties are agreeable to rescheduling the trial date to the week of July 20, 2009. ACCORDINGLY,

IT IS ORDERED: The Clerk shall schedule the trial of this matter to the week of July 20, 2009, or other date more convenient to the Court's calendar, and set pre-trial action dates accordingly.

DATED this 1st day of December 2008.

FRANKLIN D. BURGESS
UNITED STATES DISTRICT JUDGE

ORDER - 1