05-CV-05538-STIP

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT TACOMA

| | |
|---|---|
| BARBARA BERRY, S.A. de C.V., <br><br> Plaintiff, <br><br> v. <br><br> KEN M. SPOONER FARMS, INC., <br><br> Defendant. | 05-5538-FDB <br><br> STIPULATION AND ORDER |

## STIPULATION

Plaintiff Barbara Berry, S.A. de C.V: ("Barbara Berry") and Defendant Ken M. Spooner Farms, Inc. ("Spooner Farms") stipulate that the attorneys' fees provision of the Spooner Farms invoice is limited to disputes regarding "default of payment due" under the invoice. As this matter is not a dispute regarding a "default of payment due" no party would be entitled to recover attorneys' fees even if the terms of the invoice were part of the contract between the parties. All other claims have been determined by the court and no claims remain for trial.

STIPULATION AND ORDER (05-5538-FDB05-5538-FDB) - 1
s\i:\s\spoonerfarms\mexicansale\pld\stip ord 08 04 2009.doc

MONTGOMERY PURDUE BLANKINSHIP & AUSTIN PLLC
ATTORNEYS AT LAW
5500 COLUMBIA CENTER
701 FIFTH AVENUE
SEATTLE, WA 98104-7096
(206) 682-7090 TEL
(206) 625-9534 FAX

1  Dated this 4th day of August, 2009.

2

3  MONTGOMERY PURDUE BLANKINSHIP & AUSTIN PLLC

MONTGOMERY PURDUE BLANKINSHIP & AUSTIN PLLC

4

5  s/Andrew R. Chisholm
Andrew R. Chisholm
Washington State Bar Number 30673
Montgomery Purdue Blankinship & Austin PLLC
701 Fifth Ave, Suite 5500
Seattle, WA 98104
Telephone: (206) 682-7090
Fax: (206) 625-9534
E-mail: achisholm@mpba.com
Attorneys for Ken M. Spooner Farms, Inc.

s/Joseph A. Hamell
Joseph A. Hamell
Washington State Bar Number 29423
Montgomery Purdue Blankinship & Austin PLLC
701 Fifth Ave, Suite 5500
Seattle, WA 98104
Telephone: (206) 682-7090
Fax: (206) 625-9534
E-mail: jhamell@mpba.com
Attorneys for Ken M. Spooner Farms, Inc.

PETERSON RUSSELL KELLY PLLC

PETERSON RUSSELL KELLY PLLC

s/ Michael T. Callan
Michael T. Callan
Washington State Bar Number 16237
Peterson Russell Kelly PLLC
1850 Skyline Tower
10900 NE Fourth Street
Bellevue, WA 98004-8341
Telephone: (425) 462-4700
Fax: (425) 451-0714
E-mail: mcallan@prklaw.com
Attorneys for Barbara Berry, S.A. de C.V:

s/David C. Kelly
David C. Kelly
Washington State Bar Number 13534
Peterson Russell Kelly PLLC
1850 Skyline Tower
10900 NE Fourth Street
Bellevue, WA 98004-8341
Telephone: (425) 462-4700
Fax: (425) 451-0714
E-mail: dkelly@prklaw.com
Attorneys for Barbara Berry, S.A. de C.V.

STIPULATION AND ORDER (05-5538-FDB05-5538-FDB) - 2
s/\:\s\spoonerfarms\mexicansale\pfd\stip ord 08 04 2009.doc

MONTGOMERY PURDUE BLANKINSHIP & AUSTIN PLLC
ATTORNEYS AT LAW
5500 COLUMBIA CENTER
701 FIFTH AVENUE
SEATTLE, WA 98104-7096
(206) 682-7090 TEL
(206) 625-9534 FAX

## ORDER

This Court's April 3, 2009 Order Granting Spooner Farms Second Motion for Summary Judgment adjudicated all of the claims in the action except Spooner Farms' claim for attorney fees. Based on the foregoing stipulation of the parties, no claims for attorney fees remain for trial. Pursuant to FRCP 54(b), the Order Granting Spooner Farms Second Motion for Summary Judgment is revised to have adjudicated all of the claims in this action. Therefore, the clerk is directed to enter final judgment on the Court's April 3, 2009 Order Granting Spooner Farms Second Motion for Summary Judgment.

Dated: 8/4/09

The Honorable Franklin D. Burgess
United States District Judge

Presented by:

MONTGOMERY, PURDUE,
BLANKINSHIP & AUSTIN, P.L.L.C.


By  s/Andrew R. Chisholm
    Andrew R. Chisholm
    Washington State Bar Number 30673
    Montgomery Purdue Blankinship & Austin PLLC
    701 Fifth Ave, Suite 5500
    Seattle, WA 98104
    Telephone: (206) 682-7090
    Fax: (206) 625-9534
    E-mail: achisholm@mpba.com
    Attorneys for Ken M. Spooner Farms, Inc.

STIPULATION AND ORDER (05-5538-FDB05-5538-FDB) - 3
s\\:\s\spoonerfarms\mexicansale\pld\stip ord 08 04 2009.doc

MONTGOMERY PURDUE BLANKINSHIP & AUSTIN PLLC
ATTORNEYS AT LAW
5500 COLUMBIA CENTER
701 FIFTH AVENUE
SEATTLE, WA 98104-7096
(206) 682-7090 TEL
(206) 625-9534 FAX

Presented by:

MONTGOMERY, PURDUE,
BLANKINSHIP & AUSTIN, P.L.L.C.


By  s/Joseph A. Hamell
    Joseph A. Hamell
    Washington State Bar Number 29423
    Montgomery Purdue Blankinship & Austin PLLC
    701 Fifth Ave, Suite 5500
    Seattle, WA 98104
    Telephone: (206) 682-7090
    Fax: (206) 625-9534
    E-mail: jhamell@mpba.com
    Attorneys for Ken M. Spooner Farms, Inc.


Presented by:

PETERSON RUSSELL KELLY PLLC


By  s/Michael T. Callan
    Michael T. Callan
    Washington State Bar Number 16237
    Peterson Russell Kelly PLLC
    1850 Skyline Tower
    10900 NE Fourth Street
    Bellevue, WA 98004-8341
    Telephone: (425) 462-4700
    Fax: (425) 451-0714
    E-mail: mcallan@prklaw.com
    Attorneys for Barbara Berry, S.A. de C.V:

STIPULATION AND ORDER (05-5538-FDB05-5538-FDB) - 4
s\i:\s\spoonerfarms\mexicansale\pld\stip ord 08 04 2009.doc

MONTGOMERY PURDUE BLANKINSHIP & AUSTIN PLLC
ATTORNEYS AT LAW
5500 COLUMBIA CENTER
701 FIFTH AVENUE
SEATTLE, WA 98104-7096
(206) 682-7090 TEL
(206) 625-9534 FAX

1  Presented by:
2
   PETERSON RUSSELL KELLY PLLC
3
4
5  By  s/David C. Kelly
   David C. Kelly
6  Washington State Bar Number 13534
   Peterson Russell Kelly PLLC
7  1850 Skyline Tower
   10900 NE Fourth Street
8  Bellevue, WA 98004-8341
   Telephone: (425) 462-4700
9  Fax: (425) 451-0714
   E-mail: dkelly@prklaw.com
10 Attorneys for Barbara Berry, S.A. de C.V:

STIPULATION AND ORDER (05-5538-FDB05-5538-FDB) - 5
s\li:\s\spoonerfarms\mexicansale\pld\stip ord 08 04 2009.doc

MONTGOMERY PURDUE BLANKINSHIP & AUSTIN PLLC
ATTORNEYS AT LAW
5500 COLUMBIA CENTER
701 FIFTH AVENUE
SEATTLE, WA 98104-7096
(206) 682-7090 TEL
(206) 625-9534 FAX