# United States District Court
WESTERN DISTRICT OF WASHINGTON

BARBARA BERRY, S.A.de C. V.,

    PLAINTIFF,

            v.

KEN M. SPOONER FARMS, INC.,

    DEFENDANT,

JUDGMENT IN A CIVIL CASE

CASE NUMBER: C05-5538FDB

☐ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

Spooner Farms' Second Motion for Summary Judgment [Dkt. # 51] is GRANTED. Based on the stipulation of the parties [Dkt. #79], no claims for attorney fees remain.

August 10, 2009

BRUCE RIFKIN
Clerk

/s/ Pat LeFrois
_____
Deputy Clerk